

FILED

04/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0392

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 19-0392

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

PHILLIP BRUINSMA,

    Defendant and Appellant.

FILED

APR 30 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon reading and filing Unopposed Motion for Extension of Time to File Opening Brief by attorney Penelope S. Strong, and good cause appearing, wherefore;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the deadline set to file the Opening Brief in this case is hereby extended from April 23, 2020, to May 25, 2020.

DATED this 30 day of April, 2020.

_____

Chief Justice